SLIP OPINION

Cite as 2016 Ark. 19

# SUPREME COURT OF ARKANSAS

No.

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT ADMINISTRATIVE ORDER NUMBER 16 – PROCEDURES REGARDING THE ASSIGNMENT OF JUDGES | **Opinion Delivered** January 21, 2016 |

## PER CURIAM

Arkansas Supreme Court Administrative Order Number 16(I), is amended, effective immediately, and republished as set out below. The changes are illustrated in the End Note.

## ADMINISTRATIVE ORDER NUMBER 16 –

## PROCEDURES REGARDING THE ASSIGNMENT OF JUDGES

**Section I. Authority and scope.**

Pursuant to Ark. Const. Amend. 80, §§ 4, 12, and 13; Ark. Code Ann. §§ 16-10-101 (Repl. 2010), 16-13-214 (Repl. 2010), and this Court's inherent rule-making authority, the Court adopts and publishes Administrative Order No. 16: Procedures Regarding the Assignment of Circuit, District, and Retired Judges and Justices.

This Order authorizes the Chief Justice to assign (A) sitting circuit court judges, (B) retired circuit, chancery, circuit/chancery, and appellate court judges and justices, and (C) sitting state district court judges, with their consent, to serve temporarily in circuit court. Sitting circuit judges are authorized to sit in a judicial circuit other than the one in which they

are currently elected or appointed. Retired judges or retired justices are those who, at the time of assignment, are receiving or have met the statutory requirements to receive judicial retirement benefits.

This Order also authorizes the Chief Justice to assign (A) sitting district court judges, (B) sitting state district court judges, and (C) retired district court judges and retired state district court judges, with their consent, to serve temporarily in a district court. Sitting district court judges and sitting state district court judges are authorized to sit on assignment in a city, county or district other than the one to which they are currently elected or appointed. Retired district court judges and retired state district court judges may sit in any county of the state. Retired district court or retired state district court judges are those who, at the time of the assignment, are receiving or have met the statutory requirements to receive judicial retirement benefits. Sitting circuit judges and retired circuit, chancery, circuit/chancery, and appellate judges are also authorized, with their consent, to sit temporarily in district courts, upon appointment by the Chief Justice.

By adoption of this Order, the Court does not prohibit the use of Exchange Agreements by circuit judges or district judges pursuant to Ark. Const. amend. 80, §§ 6(C) and 7(E); § 16–17–102 (Repl. 2010), and the use of "special judges" as provided by Ark. Const. amend. 80, § 13(C); Ark. Code Ann. § 16–17–210 (Repl. 2010); and Administrative Order No. 1. The duties of the Chief Justice under this Order may be discharged by his or her designee.

. . . .

SLIP OPINION

**End Note**

**Section I. Authority and scope.**

Pursuant to Ark. Const. Amend. 80, §§ 4, 12, and 13; Ark. Code Ann. §§ 16-10-101 (Repl. ~~1999~~ 2010), 16-13-214 (Repl. ~~1999~~ 2010), and this Court's inherent rule-making authority, the Court adopts and publishes Administrative Order No. 16: Procedures Regarding the Assignment of Circuit, District, and Retired Judges and Justices.

This Order authorizes the Chief Justice to assign (A) sitting circuit court judges, (B) retired circuit, chancery, circuit/chancery, and appellate court judges and justices, and (C) sitting state district court judges, with their consent, to serve temporarily in circuit court. Sitting circuit judges are authorized to sit in a judicial circuit other than the one in which they are currently elected or appointed. Retired judges or retired justices are those who, at the time of assignment, are receiving or have met the statutory requirements to receive judicial retirement benefits.

This Order also authorizes the Chief Justice to assign (A) sitting district court judges ~~and,~~ (B) sitting state district court judges, ~~with their consent~~ and (C) retired district court judges and retired state district court judges, with their consent, to serve temporarily in a district court. Sitting district court judges and sitting state district court judges are authorized to sit on assignment in a city, county or district other than the one to which they are currently elected or appointed. Retired district court judges and retired state district court judges may sit in any county of the state. Retired district court or retired state district court judges are those who, at the time of the assignment, are receiving or have met the statutory requirements to receive judicial retirement benefits. Sitting circuit judges and retired circuit, chancery, circuit/chancery, and appellate judges are also authorized, with their consent, to sit temporarily in district courts, upon appointment by the Chief Justice.

By adoption of this Order, the Court does not prohibit the use of Exchange Agreements by circuit judges or district judges pursuant to Ark. Const. amend. 80, §§ 6(C) and 7(E); § 16-17-102 (Repl. ~~1999~~ 2010), and the use of "special judges" as provided by Ark. Const. amend. 80, § 13(C); Ark. Code Ann. § 16-17-210 (Repl. ~~1999~~ 2010); and Administrative Order No. 1. The duties of the Chief Justice under this Order may be discharged by his or her designee.

. . . .